| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| SOUTHERN DISTRICT OF FLORIDA | |
| Case number *(if known)* _____  Chapter  **11** | ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy            4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **SpinLabel Technologies, Inc.** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | DBA  Spinformation, Inc.<br>DBA  Accudial Pharmaceutical, Inc.<br>DBA  Accudial, Inc. |
| 3. | Debtor's federal Employer Identification Number (EIN) | **26-1646599** |

| | | | |
|---|---|---|---|
| 4. | Debtor's address | **Principal place of business**<br><br>**7700 Congress Ave**<br>**Suite 3204**<br>**Boca Raton, FL 33487**<br>Number, Street, City, State & ZIP Code<br><br>**Palm Beach**<br>County | **Mailing address, if different from principal place of business**<br><br>**PO Box 371459**<br>**Miami, FL 33137**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | **www.SpinLabels.com** | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

Debtor  **SpinLabel Technologies, Inc.**                                                    Case number (*if known*)
        Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____

District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____

District _____ When _____ Case number, if known _____

Debtor  **SpinLabel Technologies, Inc.**                                    Case number (*if known*)
           Name

| 11. | **Why is the case filed in *this district*?** | *Check all that apply:* |
|---|---|---|
| | | ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No |
|---|---|---|
| | | ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed. |

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**  _____
                            Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency  _____
         Contact name      _____
         Phone             _____

### ■ Statistical and administrative information

| 13. | **Debtor's estimation of available funds** | . | *Check one:* |
|---|---|---|---|
| | | | ■ Funds will be available for distribution to unsecured creditors. |
| | | | ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| 14. | **Estimated number of creditors** | ☐ 1-49<br>■ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than100,000 |
|---|---|---|---|---|
| 15. | **Estimated Assets** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ■ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
| 16. | **Estimated liabilities** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ■ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

Debtor **SpinLabel Technologies, Inc.**
Name

Case number (*if known*) _____

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **August  9, 2017**
MM / DD / YYYY

**X** **/s/ Alan Shugarman**          **Alan Shugarman**
Signature of authorized representative of debtor          Printed name

Title **Director**

**18. Signature of attorney**

**X** **/s/ Bradley S. Shraiberg**          Date **August  9, 2017**
Signature of attorney for debtor          MM / DD / YYYY

**Bradley S. Shraiberg**
Printed name

**Shraiberg Landau & Page PA**
Firm name

**2385 NW Executive Center Dr**
**Suite 300**
**Boca Raton, FL 33431**
Number, Street, City, State & ZIP Code

Contact phone **561 443 0800**      Email address **bss@slp.law**

**121622**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **SpinLabel Technologies, Inc.** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration    **List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **August 9, 2017**      X **/s/ Alan Shugarman**
                                      Signature of individual signing on behalf of debtor

                                      **Alan Shugarman**
                                      Printed name

                                      **Director**
                                      Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: **SpinLabel Technologies, Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF FLORIDA**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Allen D. McGee<br>8931 Little Falls Way<br>Delray Beach, FL 33446 | | | | | | $100,000.00 |
| Anikstein Holding Company, LLC<br>80 Crossways Park Drive<br>Woodbury, NY 11797 | | | | | | $100,000.00 |
| Constance Manchester<br>7172 Queenferry Circle<br>Boca Raton, FL 33496 | | | | | | $100,000.00 |
| Constance Manchester<br>7172 Queenferry Circle<br>Boca Raton, FL 33496 | | | | | | $100,000.00 |
| CRS & Co LLP, FBO Deborah Anderson, IRA<br>PO Box 5508<br>Denver, CO 80217 | | | | | | $100,000.00 |
| David Levey<br>16257 Bridlewood Circle<br>Delray Beach, FL 33445 | | | | | | $125,000.00 |
| Ed Semlitz<br>17744 Southwick Way<br>Boca Raton, FL 33498 | | | | | | $100,000.00 |

Debtor **SpinLabel Technologies, Inc.**　　Case number *(if known)*
　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Fernyhough Investments Ltd**  **144 W. Alexander Palm Road**  **Boca Raton, FL 33432-7907** | | | | | | $100,000.00 |
| **Fernyhough Investments Ltd**  **144 W. Alexander Palm Road**  **Boca Raton, FL 33432-7907** | | | | $111,350.00 | $0.00 | $111,350.00 |
| **Gordon and Rita Waldorf**  **7187 Queenferry Circle**  **Boca Raton, FL 33496** | | | | $100,000.00 | $0.00 | $100,000.00 |
| **Ira H. Steinberg Living Trust**  **300 SE 5th Ave, Apt 3090**  **Boca Raton, FL 33432** | | | | | | $100,000.00 |
| **Kahn Family Limited Partnership**  **1194 Hillsboro Mile #1**  **Hillsboro Beach, FL 33062** | | | | | | $75,000.00 |
| **Lenore Ballan and Edward Semlitz**  **17744 Southwick Way**  **Boca Raton, FL 33498** | | | | $100,000.00 | $0.00 | $100,000.00 |
| **Michael P. Nazaruk Revocable Trust**  **6191 NW 24th Terrace**  **Boca Raton, FL 33496** | | | | | | $100,000.00 |
| **Oscar L. Gilbert**  **20 Eastgate Drive, Apt A**  **Boynton Beach, FL 33436** | | | | | | $50,000.00 |
| **Robert Wechsler**  **1003 Beach Drive**  **Delray Beach, FL 33483** | | | | $100,000.00 | $0.00 | $100,000.00 |

Debtor **SpinLabel Technologies, Inc.**　　　Case number *(if known)*
　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Robert Wechsler**<br>**1003 Beach Drive**<br>**Delray Beach, FL**<br>**33483** | | | | | | $100,000.00 |
| **Russel Maclin**<br>**1040 N. Palm Lane,**<br>**Unit A**<br>**Delray Beach, FL**<br>**33445** | | | | | | $100,000.00 |
| **SGD XVI, LLC**<br>**1900 Spanish River**<br>**Road**<br>**Boca Raton, FL**<br>**33432** | | | | | | $150,000.00 |
| **Sy and Barbara Oko**<br>**17855 Lake Estates**<br>**Drive**<br>**Boca Raton, FL**<br>**33496** | | | | $100,000.00 | $0.00 | $100,000.00 |

# United States Bankruptcy Court
## Southern District of Florida

In re  **SpinLabel Technologies, Inc.** Case No.
Debtor(s) Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Director of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **August 9, 2017**          **/s/ Alan Shugarman**
                                  **Alan Shugarman**/**Director**
                                  Signer/Title

AccuDial Pharmaceutical, Inc.
Stephen Key Desing, LLC
Attn: Robert Terwilliger, CEO
11300 US Highway One, Suite 202
Palm Beach Gardens, FL 33408


Alex and Patricia Gabay
2727 South Ocean Blvd #1002
Boca Raton, FL 33487


Allen D. McGee
8931 Little Falls Way
Delray Beach, FL 33446


Anikstein Holding Company, LLC
80 Crossways Park Drive
Woodbury, NY 11797


Brand Central LLC
10508 Santa Monica Blvd
Los Angeles, CA 90025


Built for Health, Inc.
3635 S. Fort Apache Rd, Suite 200-7
Las Vegas, NV 89147


Carol Kutzman Silverman Florida
Property Trust
16348 Braeburn Ridge Trail
Delray Beach, FL 33446


Carr and Ferrell LLP
120 Constitution Drive
Menlo Park, CA 94025


Cinema Scene Marketing, Inc.
9200 Indian Creek Parkway, Suite 200
Overland Park, KS 66210


Constance Manchester
7172 Queenferry Circle
Boca Raton, FL 33496

CRS & Co LLP, FBO Deborah Anderson, IRA
PO Box 5508
Denver, CO 80217


David Levey
16257 Bridlewood Circle
Delray Beach, FL 33445


David, Moran, and Robert Levey
16257 Bridle Wood Circle
Delray Beach, FL 33445


Dr. Brian Kaplan
2434 Players Court
Wellington, FL 33414


EBLW Associates (William Frankel)
3535 Military Trail, Suite 101
Jupiter, FL 33458


Ed Semlitz
17744 Southwick Way
Boca Raton, FL 33498


Elaine and Bernard Roberts
3600 Oakview Ct
Delray Beach, FL 33445


Fernyhough Investments Ltd
144 W. Alexander Palm Road
Boca Raton, FL 33432-7907


FL Dept of Revenue
5050 W. Tennessee Street
Tallahassee, FL 32399


Gordon and Rees LLP
1111 Broadway, Suite 1700
Oakland, CA 94607


Gordon and Rita Waldorf
7187 Queenferry Circle
Boca Raton, FL 33496

```
Gordon Waldorf
71878 Queenferry Circle
Boca Raton, FL 33496


Internal Revenue Service
Attn: Special Procedures
P.O. Box 34045
Stop 572
Jacksonville, FL 32202


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19114


Ira H. Steinberg Living Trust
300 SE 5th Ave, Apt 3090
Boca Raton, FL 33432


Jane Rebecca Frankel
135 South 19th Street
Philadelphia, PA 19103


Jeffrey N. Melcer Recovable Trust
6247 NW 43rd Terrace
Boca Raton, FL 33496


Joan Garde
16339 Vintage Oaks Lane
Delray Beach, FL 33484


Kahn Family Limited Partnership
1194 Hillsboro Mile #1
Hillsboro Beach, FL 33062


KBHJJ, LLC
Attn: Jimmy Jongebloed
12310 Old Oaks Drive
Houston, TX 77024


Lenore Ballan and Edward Semlitz
17744 Southwick Way
Boca Raton, FL 33498
```

```
Marcum LLP
1 SE 3rd Ave, Suite 1100
Miami, FL 33131


Martin and Carol Silverman
16348 Braebum Ridge Trail
Delray Beach, FL 33446


Martin Greenberg
17951 Lake Estates
Boca Raton, FL 33496


Melvin Schwartz
6015 Verde Trail South, Apt L112
Boca Raton, FL 33433


MENDS, LLC
840 SW 18th Street
Boca Raton, FL 33486


Michael P. Nazaruk Revocable Trust
6191 NW 24th Terrace
Boca Raton, FL 33496


Michael Propper
2904 Victoria Place, Apt K4
Coconut Creek, FL 33066


Michael Propper
2904 Victoria Place
Coconut Creek, FL 33066


Neal Henschel
5834 NW 26th Court
Boca Raton, FL 33496


Office of Attorney General
State of Florida
The Capitol PL-01
Tallahassee, FL 32399-1050


Oscar L. Gilbert
20 Eastgate Drive, Apt A
Boynton Beach, FL 33436
```

```
Pactiv LLC
1900 West Field Court
Lake Forest, IL 60045


Rita Waldorf
7187 Queenferry Circle
Boca Raton, FL 33496


Robert Wechsler
1003 Beach Drive
Delray Beach, FL 33483


Russel Maclin
1040 N. Palm Lane, Unit A
Delray Beach, FL 33445


SEC Headquarters
100 F Street, NE
Washington, DC 20549


Securities and Exchange Commission
801 Brickell Ave., Suite 1800
Miami, FL 33131


SGD XVI, LLC
1900 Spanish River Road
Boca Raton, FL 33432


Shinderman, Marc & Noa
1300 North Lakeshore Drive #32C
Chicago, IL 60610


Solomon and Sons Relocation Services Inc
2780 NE 183rd Street #2003
Aventura, FL 33160


Souteast Bottling and Be
15340 Citrus Country Dr
Dade City, FL 33523


Spinformation, Inc.
7700 Congress Ave, Suite 3204
Boca Raton, FL 33487
```

Stephen and Janice Key
2143 The Back Road
Glenbrook, NV 89413


Stephen Key Media, LLC
Attn: Stephen Key
2143 The Back Road
Glenbrook, NV 89413


Sy and Barbara Oko
17855 Lake Estates Drive
Boca Raton, FL 33496


The Jamar Irrevocable Trust
908 N. Loxahatchee Drive
Jupiter, FL 33458


The Jamar Irrevocable Trust
c/o Craig Kelley
Kelley & Fulton PL
1665 Palm Beach Lakes Blvd, Suite 1000
West Palm Beach, FL 33401


United States Attorney General's Office
US Department of Justice
950 Pennsylvania Avenue
Washington, DC 20530-0001


US Attorney Southern District of Florida
500 South Australian Avenue
Suite 400
West Palm Beach, FL 33401